IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSCOGEE (CREEK) NATION<br>OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-cv-00918L<br>Judge James F. Merow |

**PARTIES' JOINT STIPULATION REGARDING CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS, AND [PROPOSED] ORDER**

WHEREAS Plaintiff Muscogee (Creek) Nation of Oklahoma ("Plaintiff") has filed this case, alleging that Defendant breached its trust duties with respect to the management of Plaintiff's trust funds and non-monetary trust assets and requesting various forms of relief, including monetary damages;

WHEREAS Plaintiff and Defendant (hereinafter "the parties") desire to enter into discussions that may result in a settlement of Plaintiff's claims at issue in this case, without the need for protracted litigation;

WHEREAS the parties agree that they will conduct settlement discussions with the clear, explicit, and mutual understanding that all of their settlement communications, whether written or oral, will be kept confidential and not be released to any other person or entity;

WHEREAS the parties agree that they will mark clearly the written communications relating to their settlement discussions with the label or endorsement "Confidential Settlement Discussions—Do Not Disclose"; and

WHEREAS the parties agree that their ability to resolve or advance the resolution of

Plaintiff's claims at issue in this case, in an efficient and resource-conserving manner and without the need for protracted litigation, will be significantly diminished if the parties cannot rely on the expectation that the settlement discussions will be kept confidential,

THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

1. For the purposes of this Joint Stipulation and the associated Order, the term "settlement communications" means any communications made, exchanged, or provided by Plaintiff; Plaintiff's attorneys, representatives, employees, agents, or consultants; Defendants; or Defendants' attorneys, representatives, employees, agents, or consultants, in, or for purposes of, settling this case, regardless of whether the communications are oral, written, electronic, telephonic, or otherwise. "Settlement communications" include but are not limited to those provided in or through meetings, telephone calls, correspondence, briefs, or memoranda not filed with the Court, reports, appraisals, or any other documents, and any part thereof.

2. All settlement communications in this case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including but not limited to requests submitted to the United States Department of the Interior, the United States Department of the Treasury, and the United States Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552.

3. Until further order of this Court, this Joint Stipulation and the associated Order shall remain in full force and effect after the dismissal of the case and regardless of whether the parties reach settlement.

Respectfully submitted on this 14th day of November, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*/s/ Brian J. Leinbach, by*
*/s/ Jason M. Bruno, pursuant to*
*written authorization*
BRIAN J. LEINBACH, CA Bar #161739
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Tel: (310) 552-3800
Fax: (310) 552-9434

Attorney of Record for Plaintiff

OF COUNSEL:

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

WALTER J. LACK
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Tel: (310) 552-3800
Fax: (310) 552-9434

GREGORY A. YATES
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Tel: (310) 858-6944
Fax: (818) 905-7038

*/s/ Jason M. Bruno*
JASON M. BRUNO, DC Bar #472290
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0434
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG, FL Bar #798193
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

RACHEL M. HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227